# EXHIBIT A

12/18/2025 11:01 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 109252510
By: Chandra Lawson
Filed: 12/18/2025 11:01 AM

CAUSE NO: _____

| | | |
|---|---|---|
| **RYANN DAY** | § | **IN THE DISTRICT COURT** |
| *Plaintiffs* | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **COSTCO WHOLESALE** | § | |
| **CORPORATION, MAVERICK** | § | **HARRIS COUNTY, TEXAS** |
| **FOODS LLC, GOLDBERGS** | § | |
| **GROUP LLC, AND RIZO-LOPEZ** | | |
| **FOODS, INC.** | | |

## PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW **RYANN DAY**, hereinafter called Plaintiff, complaining of and about **COSTCO WHOLESALE CORPORATION, MAVERICK FOODS LLC, GOLDBERGS GROUP LLC and RIZO-LOPEZ FOODS, INC.,** hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiffs intend that discovery be conducted under Discovery Level 2.  Plaintiffs seek monetary relief over $250,000.00 but not more than $1,000.000.00.

### PARTIES AND SERVICE

2.      Plaintiff, RYANN DAY , is an Individual who is a resident of Harris County, Texas and the last 3 of her social security number are 460 and DL are 882.

3.      Defendant, COSTCO WHOLESALEis a foreign corporation,  It can be served with process through its registered agent: **CT CORPORATION SYSTEM, 1999 Bryan St., Ste. 900, Dallas, TX 75201.**

4.      Defendant, MAVERICK FOODS LLC is a Georgia limited liability company.  It can be served with process through its registered agent: **Wayne Saxe, 3301 Windy Ridge Parkway SE, Suite 500, Atlanta, GA 30339.**

4.1      Defendant, Goldbergs Group LLC, is a Georgia limited liability company and

Certified Document Number: 124228472 - Page 1 of 9

parent company of Maverick Foods.  It can be served with process through its registered agent: **Wayne Saxe, 3301 Windy Ridge Parkway SE, Suite 500, Atlanta, GA 30339.**

4.2    Defendant, Mainline Foods LLC, is a Georgia limited liability company and subsidiary of Goldbergs Group LLC, and upon information and belief the manufacturer for Maverick Foods.  It can be served with process through its registered agent: **Wayne Saxe, 3301 Windy Ridge Parkway SE, Suite 500, Atlanta, GA 30339.**

4.3    Defendant, Rizo-Lopez Foods, Inc. is a foreign for profit corporation who is registered to do business in Texas.  It can be served through its registered agent:  **Corporation Service Company dba CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701** or its California registered agent:  **Tomas Rizo, 201 S. McClure Rd., Modesto, CA 95357.**

## JURISDICTION AND VENUE

5.    The subject matter in controversy is within the jurisdictional limits of this court.

6.    This court has jurisdiction over the parties because Defendants are a Texas residents, headquarted in Texas, or purposefully availed itself of the privileges of conducting activities within this state by committing a tort in whole or in part in this state, as set forth in further detail below.

7.    Venue in  Harris County is proper in this cause under Section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

8.1.    On or about February 5, 2024, Plaintiff purchased and consumed a Chipolte Chicken Rice Bowl obtained from Costco Wholesale at or near 1310 Jasmine Ave., Webster, Texas 77598.

8.2    After ingestion, she developed severe gastrointestinal distress consistent with foodborne contamination, namely *Listeria*, and treated with multiple medical personel over the course of many months due to the severity of the symptoms and related sequella from the medication.

Page **2** of **8**

Certified Document Number: 124228472 - Page 2 of 9

8.3    On or about February 9, 2024 she received the notice of the voluntary Class I Recall of the product she purcashed and consumed for possible listeria contamination.

## STRICT PRODUCTS LIABILITY

9.1    At all times, Defendants were in the business of manufacturing, preparing, distributing, marketing, and/or serving food (hereinafter "the product") to the public.

9.2    There was a manufacturing defect in the product when it left Defendants' possession and control. The product was defective because it contained *Listeria.* The presence of *Listeria* was a condition of the product that rendered it unreasonably dangerous.

9.3    There was a marketing defect in the product when it left Defendants' possession and control. The product was defective because it contained *Listeria* and Defendants failed to give adequate warnings of the product's dangers that were known or by the application of reasonably developed human skill and foresight should have been known. Defendants also failed to give adequate warnings and instructions to avoid such dangers. Defendants' failure to provide such warnings and instructions rendered the product unreasonably dangerous.

9.4    Defendants' conduct was a direct, proximate, and producing cause of Plaintiff's injuries and damages set forth below.

9.5    Defendants are therefore strictly liable for manufacturing, distributing, and marketing defective and unreasonably dangerous products and introducing them into the stream of commerce.

## NEGLIGENCE, INCLUDING NEGLIGENCE PER SE

10.    Defendants owed Plaintiff a duty of ordinary care in the manufacture, preparation, testing, packaging, marketing, distribution, and/or selling of the product in question. Further, Defendants owed Plaintiff the duty of warning or instructing Plaintiff of potentially hazardous or life-threatening conditions with respect to the food product.

Certified Document Number: 124228472 - Page 3 of 9

11. Defendants breached its duties in one or more of at least the following ways:

    a. negligently manufacturing, distributing, importing, and/or marketing the product;

    b. failing to properly test the product before placing them into the stream of commerce;

    c. failing to prevent human, insect, and/or animal feces from coming into contact with the product;

    d. failing to adequately monitor the safety and sanitary conditions of their premises;

    e. failing to apply their own policies and procedures to ensure the safety and sanitary conditions of its premises;

    f. failing to adopt and/or follow safe food handling practices;

    g. failing to take reasonable measures to prevent the transmission of *Listeria* bacteria and related filth and adulteration from its premises;

    h. failing to properly train and supervise their employees and agents to prevent the transmission of *Listeria* bacteria and related filth and adulteration from its premises;

    i. failing to warn Plaintiff and the general public of the dangerous propensities of the product, particularly that they were contaminated with *Listeria* despite knowing or having reason to know of such dangers; and

    j. failing to timely disclose post-sale information concerning the dangers associated with the product.

11. Furthermore, Defendants had a duty to comply with all applicable health regulations and safe food storing/handling ordinances, including the FDA's Good Manufacturing Practices Regulations, 21 C.F.R. part 110, subparts (A)-(G), and all statutory and regulatory provisions that applied to the manufacture, distribution, storage, and/or sale of the products or their ingredients, including but not limited to, the *Federal Food, Drug, and Cosmetics Act*, § 402(a), as codified at 21 U.S.C. § 342(a), which bans the manufacture, sale and distribution of any "adulterated" food, and the similar provision in the *Texas Health and Safety Code*, Title 6, section 431.021, *et. Seq.*

Certified Document Number: 124228472 - Page 4 of 9

12.     Plaintiff is a member of the classes sought to be protected by the regulations and statutes identified above.

13.     Defendants' conduct was a direct, proximate, and producing cause of Plaintiff's injuries and damages set forth below.

14.     All dangers associated with the products were reasonably foreseeable and/or scientifically discoverable by Defendants at the time Defendants placed the products into the stream of commerce.

15.     All dangers associated with the contaminated products were reasonably foreseeable and/or scientifically discoverable by Defendants at the time Defendants placed the product into the stream of commerce.

16.     Defendants' conduct was a direct, proximate, and producing cause of Plaintiff's injuries and damages set forth below.

17.     All dangers associated with the contaminated product were reasonably foreseeable and/or scientifically discoverable by Defendants at the time Defendants placed the products into the stream of commerce.

**IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE**

18.     Defendants are liable to Plaintiff for breach of the implied warranty of fitness for particular purpose. TEX. BUS. & COM. CODE § 2.315.

19.     Plaintiff is a consumer.

20.     Defendants are merchants who manufacture and market the product.

21.     Defendants manufactured and marketed the product contaminated with *Listeria* bacteria.

22.     Plaintiff relied on Defendants' skill and judgment when representing that the

product at issue was fit for human consumption.

23. Defendants breached the implied warranty of fitness for particular purpose because Defendants manufactured and sold a product that was not fit for human consumption - i.e. it contained *Listeria* bacteria.

24. Defendants did not disclaim this warranty.

25. Defendants' breach of warranty was a proximate and producing cause of Plaintiff's illness and injuries.

26. Plaintiff suffered damages as a result of Defendants' breach of warranty.

## TEXAS DECEPTIVE TRADE PRACTICES ACT

27. Defendants also violated the Texas Deceptive Trade Practices Act ("DTPA").

28. Plaintiffs are consumers.

29. Defendants are merchants.

30. Section 17.50 (a)(2) of the Texas Business and Commerce Code provides that a plaintiff may pursue a DTPA cause of action for breach of an implied warranty. Although the DTPA does not create any warranties, warranties recognized under Texas law are actionable under the DTPA.

31. Defendants violated the DTPA by breaching the implied warranties of merchantability and fitness for a particular purpose.

32. Defendants did not disclaim either warranty.

33. Defendants' breach was a proximate and producing cause of Plaintiffs' injuries and damages.

## DAMAGES

27. Defendants' conduct was a direct, proximate, and producing cause of Plaintiff's injuries and damages, including but not limited to damages in the past and future for the following:

pain and suffering, mental anguish, physical impairment, physical disfigurement, loss of enjoyment of life, medical and pharmaceutical expenses, travel and travel-related expenses, emotional distress, lost wages, lost earning capacity, loss of consortium, and other general, special, ordinary, incidental and consequential damages as would be anticipated to arise under the circumstances.

28.     For Plaintiffs' warranty and DTPA claims, Plaintiffs seek damages for past and future: lost earnings, property damage, medical, pharmaceutical and hospital expenses, mental anguish, attorneys' fees, pre-judgment and post-judgment interest, and costs of court.

## GROSS NEGLIGENCE AND EXEMPLARY DAMAGES

29.     Defendants' conduct as described above constituted acts and/or omissions which, when viewed objectively from their standpoint at the time of the occurrence involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, and welfare of others. Accordingly, Defendants' actions constitute gross negligence and Plaintiff seeks an award of exemplary damages.

## JURY DEMAND

30.     Plaintiff hereby requests a trial by jury and tenders the applicable fee.

## PRAYER

31.     Wherefore, Plaintiff prays that Defendants be cited to appear and answer and that upon trial of this matter, Plaintiff be awarded the following:

a.     Past and future actual damages;
b.     Past and future economic damages;
c.     Court costs;
d.     Pre-judgment interest at the highest rate allowed by law;
e.     Post-judgment interest at the highest rate allowed by law; and

Certified Document Number: 124228472 - Page 7 of 9

f.     All other relief to which Plaintiff is entitled.

Respectfully submitted,

THE ESTES LAW FIRM, P.C.

/s/ *Joshua A. Estes*

By:  Joshua Estes
Texas bar No. 24043651
716 S. Union Street
Richmond, Texas 77469
Tel.  (281)  238-5400
Fax. (281)  238-9964
JoshuaEstes@estespc.net
*Attorney for Plaintiffs*

Page **8** of **8**

Certified Document Number: 124228472 - Page 8 of 9

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Debbie Deville on behalf of Joshua Estes
Bar No. 24043651
debbied@estespc.net
Envelope ID: 109252510
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION
Status as of 12/18/2025 12:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua Estes | | joshuaestes@estespc.net | 12/18/2025 11:01:01 AM | NOT SENT |

Certified Document Number: 124228472 - Page 9 of 9



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124228472 Total Pages:  9

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/18/2025 11:01:01 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 109252510
By: LAWSON, CHANDRA K
Filed: 12/18/2025 11:01:01 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** _____ PLAINTIFF'S ORIGINAL PETITION _____

**FILE DATE:** _____ 12-18-25 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** _____ MAVERICK FOODS, LLC. _____

Address of Service: _____ 3301 WINDY RIDGE PARKWAY SE, SUITE 500 _____

City, State & Zip: _____ ATLANTA, GA 30339 _____

Agent (if applicable) _____ WAYNE SAXE _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**      Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney   at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**
- [x] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**
  *Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.*

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: ___ Joshua Estes ____  Bar # or ID ___ 24043651 ___

Mailing Address: ___ 716 S. Union St., Richmond, Texas  77469 _____

Phone Number: ___ 281-238-5400 _____

Certified Document Number: 124228474 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124228474 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/18/2025 11:01:01 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 109252510
By: LAWSON, CHANDRA K
Filed: 12/18/2025 11:01:01 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** _____ PLAINTIFF'S ORIGINAL PETITION _____

**FILE DATE:** _____ 12-18-25 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** _____ GOLDBERGS GROUP, LLC _____

Address of Service: _____ 3301 WINDY RIDGE PARKWAY SE, SUITE 500 _____

City, State & Zip: _____ ATLANTA, GA 30339 _____

Agent (if applicable) _____ WAYNE SAXE _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**    [ ] **Citation by Posting**    [ ] **Citation by Publication**    [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    **Newspaper**_____
- [ ] **Temporary Restraining Order**    [ ] **Precept**    [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**    [ ] **Capias** (not by E-Issuance)    [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**    [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**    [ ] **Hague Convention ($16.00)**    [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)    [ ] **Injunction**    [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP (phone)** _____    [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney   at:** _____    **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**    *Note:* The email registered with EfileTexas.gov must be
- [ ] **CERTIFIED MAIL by District Clerk**    used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____

- [ ] **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: ___ Joshua Estes ___    Bar # or ID ___ 24043651 ___

Mailing Address: ___ 716 S. Union St., Richmond, Texas  77469 ___

Phone Number: ___ 281-238-5400 ___

Certified Document Number: 124228475 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124228475 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/18/2025 11:01:01 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 109252510
By: LAWSON, CHANDRA K
Filed: 12/18/2025 11:01:01 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____    CURRENT COURT: _____

Name(s) of Documents to be served:    PLAINTIFF'S ORIGINAL PETITION

FILE DATE: ____12-18-25_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: ____MAINLINE FOODS, LLC_____

Address of Service: ____3301 WINDY RIDGE PAKWAY SE_____

City, State & Zip: _____ATLANTA, GA 30339_____

Agent (if applicable) _____WAYNE SAXE_____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [X] **Citation**  [ ] **Citation by Posting**  [ ] **Citation by Publication**  [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    **Newspaper**_____
- [ ] **Temporary Restraining Order**  [ ] **Precept**  [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**  [ ] **Capias** (not by E-Issuance)  [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**  [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**  [ ] **Hague Convention ($16.00)**  [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)  [ ] **Injunction**  [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** _____    [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney   at:** _____       **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**                               *Note:* The email registered with EfileTexas.gov must be
- [ ] **CERTIFIED MAIL by District Clerk**        used to retrieve the E-Issuance Service Documents.
                                                  Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____  Phone: _____

- [ ] **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: ___Joshua Estes_____    Bar # or ID ___24043651____

Mailing Address: ___716 S. Union St., Richmond, Texas  77469_____

Phone Number: ___281-238-5400_____

Certified Document Number: 124228476 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124228476 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/18/2025 11:01:01 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 109252510
By: LAWSON, CHANDRA K
Filed: 12/18/2025 11:01:01 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** _____ PLAINTIFF'S ORIGINAL PETITION _____

**FILE DATE:** _____ 12-18-25 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** _____ RIZO -LOPEZ FOODS, INC. _____

Address of Service: _____ 211 E. 7th Street, Suite 620 _____

City, State & Zip:_____ AUSTIN, TEXAS 78701 _____

Agent (if applicable) _____ CORPORATION SERVICE COMPANY D/B/A LAWYERS-INCORPORATING SERVICE COMPANY _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

[X] **Citation**   [ ] **Citation by Posting**   [ ] **Citation by Publication**   [ ] **Citations Rule 106 Service**

[ ] **Citation Scire Facias**   **Newspaper**_____

[ ] **Temporary Restraining Order**   [ ] **Precept**   [ ] **Notice**

[ ] **Protective Order**

[ ] **Secretary of State Citation ($12.00)**   [ ] **Capias** (not by E-Issuance)   [ ] **Attachment** (not by E-Issuance)

[ ] **Certiorari**   [ ] **Highway Commission ($12.00)**

[ ] **Commissioner of Insurance ($12.00)**   [ ] **Hague Convention ($16.00)**   [ ] **Garnishment**

[ ] **Habeas Corpus** (not by E-Issuance)   [ ] **Injunction**   [ ] **Sequestration**

[ ] **Subpoena**

[ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
[ ] **ATTORNEY PICK-UP (phone)** _____   [X] **E-Issuance by District Clerk**
[ ] **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
[ ] **CONSTABLE**   *Note: The email registered with EfileTexas.gov must be*
[ ] **CERTIFIED MAIL by District Clerk**   *used to retrieve the E-Issuance Service Documents.*
*Visit www.hcdistrictclerk.com for more instructions.*

[ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

[ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _____ Joshua Estes _____   Bar # or ID _____ 24043651 _____

Mailing Address:_____ 716 S. Union St., Richmond, Texas  77469 _____

Phone Number:_____ 281-238-5400 _____

Certified Document Number: 124228477 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124228477 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/18/2025 11:01:01 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 109252510
By: LAWSON, CHANDRA K
Filed: 12/18/2025 11:01:01 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** _____ PLAINTIFF'S ORIGINAL PETITION _____

**FILE DATE:** _____12-18-25_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** _____ RIZO -LOPEZ FOODS, INC. _____

Address of Service: _____ 201 S. McClure Rd., _____

City, State & Zip: _____ MODESTO, CA 95357 _____

Agent (if applicable) _____ TOMAS RIZO _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [X] **Citation**    [ ] **Citation by Posting**    [ ] **Citation by Publication**    [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    **Newspaper**_____
- [ ] **Temporary Restraining Order**    [ ] **Precept**    [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**    [ ] **Capias** (not by E-Issuance)    [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**    [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**    [ ] **Hague Convention ($16.00)**    [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)    [ ] **Injunction**    [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP (phone)** _____    [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney    at:** _____    **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**    *Note: The email registered with EfileTexas.gov must be*
- [ ] **CERTIFIED MAIL by District Clerk**    *used to retrieve the E-Issuance Service Documents.*
    *Visit www.hcdistrictclerk.com for more instructions.*

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: __Joshua Estes__    Bar # or ID __24043651__

Mailing Address: __716 S. Union St., Richmond, Texas  77469__

Phone Number: __281-238-5400__

Certified Document Number: 124228478 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124228478 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/18/2025 11:01:01 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 109252510
By: LAWSON, CHANDRA K
Filed: 12/18/2025 11:01:01 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: _____ PLAINTIFF'S ORIGINAL PETITION _____

FILE DATE: _____ 12-18-25 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:** _____ COSTCO WHOLESALE _____

Address of Service: _____ 1999 BRYAN ST., SUITE 900 _____

City, State & Zip: _____ DALLAS, TEXAS 75201 _____

Agent (if applicable) _____ C T CORPORATION SYSTEM _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (*check one*):**
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [x] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney** at: _____  **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _____ Joshua Estes _____  Bar # or ID _____ 24043651 _____

Mailing Address: _____ 716 S. Union St., Richmond, Texas  77469 _____

Phone Number: _____ 281-238-5400 _____

Certified Document Number: 124228473 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124228473 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

1/6/2026 10:33 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 109694567
Receipt Number: 1046417    By: Rosa Carrizales
Tracking Number: 74590873
Filed: 1/6/2026 10:33 AM

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202594490

| | |
|---|---|
| PLAINTIFF: DAY, RYANN | In the 270th Judicial |
| vs. | District Court of |
| DEFENDANT: COSTCO WHOLESALE | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: COSTCO WHOLESALE (FOREIGN CORPORATION) MAY BE SERVING BY SERVING ITS REGISTERED

AGENT CT CORPORATION SYSTEM

1999 BRYSN ST STE 900

DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 18, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 23, 2025.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHANDRA LAWSON

Issued at request of:
ESTES, JOSHUA ALLEN
716 S. UNION STREET
RICHMOND, TX  77469-0000
281-238-5400
Bar Number: 24043651

Certified Document Number: 124438595 - Page 1 of 2

Cause No. 2025-94490

| | | |
|---|---|---|
| RYANN DAY | * | IN THE DISTRICT COURT |
| | * | |
| V. | * | HARRIS COUNTY, TEXAS |
| | * | |
| COSTCO WHOLESALE CORPORATION  ET AL * | | 270TH JUDICIAL DISTRICT |

RETURN OF SERVICE

My name is KITTY ESTES.  I am at least 18 years of age.  My address is 1722 Elmwood Boulevard, Dallas, Texas, 75224, USA.  I am competent to make this oath.  I have personal knowledge of the facts contained herein, and I hereby certify under penalty of perjury that they are true and correct in every detail.  I am neither a party to nor interested in the outcome of the above-captioned suit.  I am a process server certified in accordance with Texas Government Code § 156 to execute citations and other notices of the Court, and make due return thereof.  My process server certification number is PSC-19289.  My certification expires 12/31/2026.

Came to hand 29 December 2025 at 11:49 am and executed on 30 December 2025 at 10:45 am at 1999 Bryan Street Suite 900, Dallas, Texas, 75201, by delivering to COSTCO WHOLESALE, defendant, by delivering to CT CORPORATION SYSTEM, its registered agent, by delivering in person to William Miller, employee, a true copy of Citation and Plaintiff's Original Petition, having first endorsed the date of delivery on the copy of the Citation.

To certify which witness my hand this 30 December 2025 in Dallas, Dallas County, Texas.

**KITTY ESTES**
Process Server

FEE:   $120.00
Taxable court cost advanced by plaintiff

Certified Document Number: 124438595 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124438595 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/6/2026 10:33 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 109694567
By: Rosa Carrizales
Filed: 1/6/2026 10:33 AM

CAUSE NO. 202594490

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 1046417  TR# 74590865

| | |
|---|---|
| Plaintiff: | In The 270th |
| DAY, RYANN | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| COSTCO WHOLESALE | Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:  RIZO-LOPEZ FOODSS INC (FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED BY SERVING ITS
REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A INCORPORATING SERVICE COMPANY
211 E. 7TH STREET SUITE 620, ATLANTA GA 78701

       Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 18, 2025 in the above cited cause number and court.
The instrument attached describes the claim against you.

       YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

       This citation was issued on December 23, 2025, under my hand and seal of said court.

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Issued at the request of:

ESTES, JOSHUA ALLEN
716 S. UNION STREET
RICHMOND, TX  77469-0000
281-238-5400
Bar Number: 24043651

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX
77210)

Generated By: CHANDRA LAWSON

Certified Document Number: 124438593 - Page 1 of 2

Cause No. 2025-94490

| | | |
|---|---|---|
| RYANN DAY | * | IN THE DISTRICT COURT |
| | * | |
| V. | * | HARRIS COUNTY, TEXAS |
| | * | |
| COSTCO WHOLESALE CORPORATION  ET AL | * | 270TH JUDICIAL DISTRICT |

## RETURN OF SERVICE

My name is ANDREW SWATZELL. I am at least 18 years of age.  My address is 1108 Lacava Street 110-549, Austin, Texas, 78701, USA.  I am competent to make this oath.  I have personal knowledge of the facts contained herein, and I hereby certify under penalty of perjury that they are true and correct in every detail.   I am neither a party to nor interested in the outcome of the above-captioned suit.  I am a process server certified in accordance with Texas Government Code § 156 to execute citations and other notices of the Court, and make due return thereof.  My process server certification number is PSC-18592.  My certification expires 09/30/2026.

Came to hand 29 December 2025 at 12:01 pm and executed on 30 December 2025 at 2:22 pm at 211 East 7th Street Suite 620, Austin, Texas 78701,  by delivering to Rizo-Lopez Foods, Inc., by delivering to Corporation Service Company dba CSC-Lawyers Incorporating Service Company, registered agent, by delivering in person to Neisha Gross, employee, a true copy of Citation and Plaintiff's Original Petition, having first endorsed the date of delivery on the copy of the Citation.

To certify which witness my hand this 30 December 2025 in Austin, Travis County, Texas.

**ANDREW SWATZELL**
Process Server

FEE:  $120.00
Taxable court cost advanced by plaintiff

Certified Document Number: 124438593 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124438593 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/12/2026 12:55 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 109934320
By: Wanda Chambers
Filed: 1/12/2026 12:55 PM

CAUSE NO. 2025-94490

| | | |
|---|---|---|
| RYANN DAY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS  COUNTY, TEXAS |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, MAVERICK | § | |
| FOODS LLC, GOLDBERGS | § | |
| GROUP LLC, AND RIZO-LOPEZ | § | |
| FOODS, INC. | § | |
| | § | |
| Defendant. | § | 270TH JUDICIAL  DISTRICT |

### DEFENDANT COSTCO WHOLESALE CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Defendant"), Defendant in the above-entitled and numbered cause of action and files this Original Answer to Plaintiff's Original Petition as follows:

### I. GENERAL DENIAL

1.    In accordance with Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations in this lawsuit made by Plaintiff, Ryann Day, and demands strict proof thereof in accordance with the Constitution and laws of the State of Texas.

### II. AFFIRMATIVE DEFENSES

2.    Without waiving or limiting its general denial or any of the defenses below, Defendant further pleads each of the following defenses in the alternative:

3.    Defendant specifically denies that it breached any duty owed to Plaintiff and avers that Defendant acted at all times as would a reasonably prudent business under the same or similar circumstances.

Certified Document Number: 124551545 - Page 1 of 10

Certified Document Number: 1245551545 - Page 2 of 10

4.      Defendant specifically denies that it participated in the manufacture, preparation, distribution, marketing and/or serving the product in question.

5.      Defendant affirmatively pleads that its liability, if any, which is denied, is limited by the statutory framework provisions of Sections 82.002 through 82.003 of the Texas Civil Practice and Remedies Code, which are pled and incorporated by reference because Defendant is an innocent retailer.

6.      Defendant asserts that the Plaintiff's alleged injuries were caused, in whole or in part, by the acts, omissions, fault, negligence, responsibility, and/or other conduct on the part of Plaintiff or other entities/individuals, over whom Defendant exercised no supervision or control, and said negligence was a proximate cause of Plaintiff's alleged injuries. The negligence of Plaintiff and/or lack of adequate and proper care for her own safety was the cause or a contributing cause of the accident made the basis of this suit and the resulting injuries and damages allegedly sustained by the Plaintiff.

7.      Defendant asserts that the damages that made the basis of this lawsuit were caused, in whole or in part, by the acts, omissions, fault, negligence, responsibility, and/or other conduct on the part of the Plaintiff or other entities/individuals, over whom Defendant had no supervision or control, and said negligence was the cause-in-fact or proximate cause of the alleged damages.

8.      Defendant further asserts that the damages alleged in this suit resulted from an intervening, superseding, new, or independent cause, each of which was the proximate cause, producing cause, or sole proximate cause of the alleged damages.

9.      If the Defendant and anyone for whom Defendant may be responsible were guilty of any negligence, want of due care, or other legal fault constituting a proximate cause of

2

the alleged accident in question, or if for any other reason Defendant would be responsible to Plaintiff in this suit, which is hereby denied, Defendant avers that Plaintiff was guilty of contributory negligence and/or comparative fault constituting a proximate cause of the alleged accident in question, and said contributory negligence and/or comparative fault is herein plead as a complete defense to all claims presented, or alternatively, in mitigation of damages.

10.     Plaintiff's injuries and damages, if any, were proximately caused, in whole or in part, by the acts, omissions, fault, negligence, responsibility, and/or other conduct on the part of Plaintiff or third parties over whom this Defendant had no control or right to control and over whom Defendant exercised no supervision and for whom this Defendant has no responsibility, and said negligence was a proximate cause or sole proximate cause of Plaintiff's alleged injuries or damages and/or the occurrence in question.

11.     Defendant asserts that Plaintiff's claims for damages are barred, under section 33.001 of the Texas Civil Practice and Remedies Code, in the event the percentage of Plaintiff's responsibility is greater than fifty percent (50%), regardless of the theory of recovery pled.

12.     Defendant invokes the doctrine of proportionate responsibility. Accordingly, while Defendant denies any liability herein, Defendant requests that the trier of fact compare the relative percentages of fault of Plaintiff, the Defendants, and/or any other responsible third-party or parties, if any, pursuant to the doctrine of proportionate responsibility as set forth in Texas Civil Practice & Remedies Code section 33.001, *et seq*.

13.     Defendant reserves the right to submit an issue on the negligence of the Plaintiff in accordance with section 33.003 of the Texas Civil Practice and Remedies Code.

Certified Document Number: 1245551545 - Page 3 of 10

14.    Defendant further asserts that Plaintiff, through negligence or want of care, aggravated or failed to mitigate the effects of her injuries resulting from the event at issue.

15.    Defendant asserts that any recovery by the Plaintiff of medical or healthcare expenses is limited to the amount actually paid or incurred by or on behalf of Plaintiff pursuant to Section 41.0105 of the Texas Civil Practice & Remedies Code.

16.    Defendant further asserts that either some, or all, of Plaintiff's alleged medical expenses are neither reasonable nor medically necessary as a result of the alleged incident made the basis of this suit.

17.    Defendant pleads pre-existing and/or subsequent injury as an affirmative defense, and further asserts that any condition which the Plaintiff is currently complaining of, which is due to a pre-existing condition and/or subsequent injury which was not exacerbated by the incident made the basis of this suit, is not a condition or injury for which Defendant is legally responsible.

18.    Defendant asserts that if Plaintiff seeks recovery for loss of earnings, loss of earning capacity, and/or loss of contributions of a pecuniary value, evidence to prove the alleged loss must be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law in accordance with Texas Civil Practice & Remedies Code section 18.091. Further, if Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of pecuniary value, and/or loss of inheritance, the Court shall instruct the jury as to whether any recovery for such compensatory damages sought by the claimant is subject to federal or state income taxes.

Certified Document Number: 124551545 - Page 4 of 10

19.     Defendant claims Plaintiff's recovery must be reduced by the percentage of negligence of Plaintiff, other Defendants, responsible third parties, and settling persons under Chapter 33 of the Civil Practice and Remedies Code.

20.     Defendant would show that in the unlikely event it is found liable to Plaintiff, any such liability is expressly denied, and Defendant would show entitlement to indemnity, credit, offset, and/or contribution provided by the laws and the statutes of the State of Texas including, but not limited to, the provisions of Chapter 32 and Chapter 33 of the Texas Civil Practice and Remedies Code, as well as all other applicable laws and statutes, and pursuant to common law.

21.     Defendant further pleads all applicable provisions of Chapters 32 and 33 of the Texas Civil Practice and Remedies Code.

22.     Defendant specifically pleads and incorporates by reference as an affirmative defense all applicable damage caps and limitations upon any award of damages, both compensatory and punitive, which are provided by law.

23.     Defendant affirmatively pleads that its liability, if any, which is denied, is limited by the damages provisions of Sections 41.001 through 41.013 of the Texas Civil Practice and Remedies Code, which are pled and incorporated herein by reference.

24.     Defendant affirmatively pleads that its liability, if any, which is denied, is limited by the damages provisions of Sections 41.001 through 41.013 of the Texas Civil Practice and Remedies Code, which are pled and incorporated herein by reference.

25.     Defendant pleads that any award of interest that is in excess of the applicable market rate of interest during the relevant time period would be arbitrary, violate public

Certified Document Number: 1245551545 - Page 5 of 10

5

policy, and violate the due process and equal protection guarantees of the Texas and United States Constitutions.

26.    Defendant further invokes the limitations on exemplary or punitive damages and prejudgment interest contained in Section 41.007 and 41.008 of the Texas Civil Practice and Remedies Code. Pursuant to Section 41.008 of the Texas Civil Practice and Remedies Code, such limitations may not be known to the jury.

27.    Additionally, and alternatively, without waiver of the foregoing, Defendant further affirmatively pleads that punitive and/or exemplary damages are violative of the Eighth Amendment of the United States Constitution as it applies to the states through the Fourteenth Amendment in that such award is potentially an excessive fine imposed without the protection of fundamental due process.

28.    Defendant invokes and relies upon the limitations placed upon an award of exemplary damages as set forth in § 41.008 of the Texas Civil Practice & Remedies Code. In the unlikely event that a verdict should be rendered which would otherwise result in a judgment in excess of that allowed by § 41.008 of the Texas Civil Practice & Remedies Code, this Honorable Court should reduce, and reform said judgment such that the limitations set forth in § 41.008 are not exceeded.

29.    Plaintiff's claims for exemplary damages, if any, are arbitrary, unreasonable, excessive, and in violation of the Defendant's right to due process of law and equal protection under the Fifth and Fourteenth Amendments to the United States Constitution and under Article 1, Sections, 13, 15, and 19 of the Texas Constitution.

Certified Document Number: 1245551545 - Page 6 of 10

6

30.     Defendant asserts that there can be no award for punitive or exemplary damages because, at a minimum, Defendant exercised some care, and in fact was not even negligent.

31.     Defendant avers that it is not liable to Plaintiff for any claims of gross negligence because Plaintiff's alleged injuries were not caused by or through the acts of omissions of Defendant.

## III. RIGHT TO AMEND

32.     Defendant respectfully reserves the right to amend this Answer after it has had the opportunity to more closely investigate these claims as is its right and privilege under the Texas Rules of Civil Procedure and the laws of the State of Texas.

## IV. 193.7 NOTICE

33.     In accordance with Rule 193.7 of the Texas Rules of Civil Procedure, Defendant hereby gives Notice of its intent to use any and all documents produced in discovery herein at the time of the trial of this matter.

## V. REQUEST FOR JURY TRIAL

34.     Defendant COSTCO WHOLESALE CORPORATION respectfully demands a trial by jury pursuant to the provisions of Rule 216 of the Texas Rules of Civil Procedure.

## VI. PRAYER

35.     WHEREFORE, Defendant COSTCO WHOLESALE CORPORATION prays that the Plaintiff Ryann Day take nothing in this lawsuit against Defendant and that the Court grant Defendant such other and further relief, general and special, at law or in equity, to which Defendant may be justly entitled.

7

Certified Document Number: 1245551545 - Page 7 of 10

Respectfully submitted,

**BLUE WILLIAMS LLC**

By: */s/ David W. Medack*
    David W. Medack
    State Bar No. 13892950
    Rhiannon Jajoo
    State Bar No. 24104008
    14100 Southwest Freeway, Suite 300
    Sugar Land, Texas 77478
    Telephone: (713) 772-6400
    Facsimile: (713) 772-6495
    dmedack@bluewilliams.com
    rjajoo@bluewilliams.com

**ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION**

Certified Document Number: 124551545 - Page 8 of 10

## CERTIFICATE OF SERVICE

Pursuant to Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument was electronically served on all counsel of record, and/or email, and/or via facsimile transmission, and/or by certified mail, return receipt requested, on this the 12th day of January 2026.

Joshua Estes
Texas Bar No. 24043651
The Estes Law Firm, P.C.
716 S. Union Street
Richmond, Texas 77469
(281) 238-5400 – Telephone
(281) 238-9965 – Facsimile
Email: JoshuaEstes@estespc.net

*/s/ David W. Medack*
David W. Medack

Certified Document Number: 124551545 - Page 9 of 10

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alyson Clark on behalf of David Medack
Bar No. 13892950
AClark@bluewilliams.com
Envelope ID: 109934320
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Costco Wholesale Corporation's Original Answer to Plaintiff's Original Petition
Status as of 1/12/2026 3:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Estes | | joshuaestes@estespc.net | 1/12/2026 12:55:25 PM | SENT |
| David W. Medack | | dmedack@bluewilliams.com | 1/12/2026 12:55:25 PM | SENT |
| Rhiannon Jajoo | | rjajoo@bluewilliams.com | 1/12/2026 12:55:25 PM | SENT |
| Alyson Clark | | AClark@bluewilliams.com | 1/12/2026 12:55:25 PM | SENT |
| John M.Canal | | jcanal@bluewilliams.com | 1/12/2026 12:55:25 PM | SENT |

Certified Document Number: 124551545 – Page 10 of 10



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124551545 Total Pages:  10

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/15/2026 4:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110116376
By: Marcella Wiles
Filed: 1/15/2026 4:56 PM

CAUSE NO: 202594490

| | | |
|---|---|---|
| RYANN DAY | § | IN THE DISTRICT COURT |
| *Plaintiffs* | § | |
| | § | |
| V. | § | 270TH JUDICIAL DISTRICT |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, MAVERICK | § | HARRIS COUNTY, TEXAS |
| FOODS LLC, GOLDBERGS | § | |
| GROUP LLC, AND RIZO-LOPEZ | § | |
| FOODS, INC. | § | |
| *Defendants* | § | |

**PLAINTIFFS' NON-SUIT OF RIZO-LOPEZ FOODS, INC.**

NOW COMES Plaintiff, **Ryann Day**, and files this Notice of Nonsuit Without Prejudice

as to Defendant **RIZO-LOPEZ FOODS, INC.** ("RLF") only, pursuant to Texas Rule of Civil

Procedure 162, and would show the Court as follows:

1. Plaintiff no longer desires to prosecute her claims against Defendant **RIZO-LOPEZ FOODS, INC.** at this time due to said Defendant's pending Chapter 11 bankruptcy filing (Case No. 25-25004, Eastern District of California).

2. Pursuant to the automatic stay under **11 U.S.C. § 362**, Plaintiff hereby nonsuits all claims against Defendant **RIZO-LOPEZ FOODS, INC.** This nonsuit is taken **WITHOUT PREJUDICE** to the refiling of same.

3. This nonsuit applies **ONLY** to Defendant Rizo-Lopez Foods, Inc. and does not affect Plaintiff's claims against any other defendants in this cause of action, all of which remain pending.

4. Defendant Rizo-Lopez Foods, Inc. has not filed a claim for affirmative relief that would prevent a nonsuit under Rule 162.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that the

Court note this nonsuit in the record and enter an order dismissing Plaintiff's claims against

Defendant **RIZO-LOPEZ FOODS, INC.** without prejudice to the refiling of same, with costs of

Page **1** of **2**

Certified Document Number: 1247777737 - Page 1 of 3

court taxed against the party incurring same.

Respectfully submitted,

THE ESTES LAW FIRM, P.C.

/s/ *Joshua A. Estes*

By:  Joshua Estes
Texas bar No. 24043651
716 S. Union Street
Richmond, Texas 77469
Tel.  (281)  238-5400
Fax. (281)  238-9964
JoshuaEstes@estespc.net
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the electronic filing manager and/or email on January 15, 2026.

/s/ *Joshua A. Estes*

By:  Joshua Estes

Certified Document Number: 1247777737 - Page 2 of 3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Joshua Estes on behalf of Joshua Estes
Bar No. 24043651
joshuaestes@estespc.net
Envelope ID: 110116376
Filing Code Description: Notice
Filing Description:
Status as of 1/16/2026 8:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John M.Canal | | jcanal@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| David W. Medack | | dmedack@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| Alyson Clark | | AClark@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| Rhiannon Jajoo | | rjajoo@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| Joshua Estes | | joshuaestes@estespc.net | 1/15/2026 4:56:19 PM | SENT |

Certified Document Number: 1247777737 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124777737 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/15/2026 4:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110116376
By: Marcella Wiles
Filed: 1/15/2026 4:56 PM

**CAUSE NO: 202594490**

| | | |
|---|---|---|
| RYANN DAY | § | IN THE DISTRICT COURT |
| *Plaintiffs* | § | |
| | § | |
| V. | § | 270TH JUDICIAL DISTRICT |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, MAVERICK | § | HARRIS COUNTY, TEXAS |
| FOODS LLC, GOLDBERGS | § | |
| GROUP LLC, AND RIZO-LOPEZ | § | |
| FOODS, INC. | § | |
| *Defendants* | § | |

## PLAINTIFFS' NON-SUIT OF RIZO-LOPEZ FOODS, INC.

NOW COMES Plaintiff, **Ryann Day**, and files this Notice of Nonsuit Without Prejudice

as to Defendant **RIZO-LOPEZ FOODS, INC.** ("RLF") only, pursuant to Texas Rule of Civil

Procedure 162, and would show the Court as follows:

1. Plaintiff no longer desires to prosecute her claims against Defendant **RIZO-LOPEZ FOODS, INC.** at this time due to said Defendant's pending Chapter 11 bankruptcy filing (Case No. 25-25004, Eastern District of California).

2. Pursuant to the automatic stay under **11 U.S.C. § 362**, Plaintiff hereby nonsuits all claims against Defendant **RIZO-LOPEZ FOODS, INC.** This nonsuit is taken **WITHOUT PREJUDICE** to the refiling of same.

3. This nonsuit applies **ONLY** to Defendant Rizo-Lopez Foods, Inc. and does not affect Plaintiff's claims against any other defendants in this cause of action, all of which remain pending.

4. Defendant Rizo-Lopez Foods, Inc. has not filed a claim for affirmative relief that would prevent a nonsuit under Rule 162.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that the

Court note this nonsuit in the record and enter an order dismissing Plaintiff's claims against

Defendant **RIZO-LOPEZ FOODS, INC.** without prejudice to the refiling of same, with costs of

Page **1** of **2**

Certified Document Number: 124627522 - Page 1 of 3

court taxed against the party incurring same.

Respectfully submitted,

THE ESTES LAW FIRM, P.C.

/s/ *Joshua A. Estes*

By:  Joshua Estes
Texas bar No. 24043651
716 S. Union Street
Richmond, Texas 77469
Tel.  (281)  238-5400
Fax. (281)  238-9964
JoshuaEstes@estespc.net
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the electronic filing manager and/or email on January 15, 2026.

/s/ *Joshua A. Estes*

By:  Joshua Estes

Certified Document Number: 124627522 - Page 2 of 3

Page **2** of **2**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Estes on behalf of Joshua Estes
Bar No. 24043651
joshuaestes@estespc.net
Envelope ID: 110116376
Filing Code Description: Notice
Filing Description:
Status as of 1/16/2026 8:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John M.Canal | | jcanal@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| David W. Medack | | dmedack@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| Alyson Clark | | AClark@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| Rhiannon Jajoo | | rjajoo@bluewilliams.com | 1/15/2026 4:56:19 PM | SENT |
| Joshua Estes | | joshuaestes@estespc.net | 1/15/2026 4:56:19 PM | SENT |

Certified Document Number: 124627522 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124627522 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# JUDGE DEDRA DAVIS
## 270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

01/20/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, JANUARY 4, 2027, AT 8:00 A.M. FOR THE
JANUARY 18, 2027, TWO-WEEK TRIAL DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202594490          FILED - 20251218      COURT - 270th
TYPE - OTHER INJURY OR DAMAGE
DAY, RYANN VS COSTCO WHOLESALE

MAVERICK FOODS LLC

3

Certified Document Number: 124705521 - Page 1 of 6

JCVG01

# JUDGE DEDRA DAVIS
270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

01/20/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, JANUARY 4, 2027, AT 8:00 A.M. FOR THE
JANUARY 18, 2027, TWO-WEEK TRIAL DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202594490          FILED - 20251218       COURT - 270th
TYPE - OTHER INJURY OR DAMAGE
DAY, RYANN VS COSTCO WHOLESALE

4

GOLDBERGS GROUP LLC

Certified Document Number: 124705521 - Page 2 of 6

JCVG01

# JUDGE DEDRA DAVIS
270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

01/20/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, JANUARY 4, 2027, AT 8:00 A.M. FOR THE
JANUARY 18, 2027, TWO-WEEK TRIAL DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS
JUDGE, 270TH DISTRICT COURT

CASE - 202594490          FILED - 20251218     COURT - 270th
TYPE - OTHER INJURY OR DAMAGE
DAY, RYANN VS COSTCO WHOLESALE

MAINLINE FOODS LLC

5

Certified Document Number: 124705521 - Page 3 of 6

JCVG01

# JUDGE DEDRA DAVIS

270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

01/20/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, JANUARY 4, 2027, AT 8:00 A.M. FOR THE
JANUARY 18, 2027, TWO-WEEK TRIAL DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202594490          FILED - 20251218      COURT - 270th
TYPE - OTHER INJURY OR DAMAGE
DAY, RYANN VS COSTCO WHOLESALE

6

RIZO-LOPEZ FOODSS INC

JCVG01

Certified Document Number: 124705521 - Page 4 of 6

# JUDGE DEDRA DAVIS

270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

01/20/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, JANUARY 4, 2027, AT 8:00 A.M. FOR THE
JANUARY 18, 2027, TWO-WEEK TRIAL DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202594490          FILED - 20251218      COURT - 270th
TYPE - OTHER INJURY OR DAMAGE
DAY, RYANN VS COSTCO WHOLESALE

13892950

DAVID W. MEDACK
14100 SOUTHWEST FREEWAY SUITE 300
SUGAR LAND, TX 77478

JCVG01

Certified Document Number: 124705521 - Page 5 of 6

# JUDGE DEDRA DAVIS

270th JUDICIAL DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(832) 927-2270

01/20/2026

DOCKET CALL

TO ALL COUNSEL AND PRO SE PARTIES:
PLEASE BE ADVISED THAT THE 270TH WILL HOLD A VIRTUAL DOCKET CALL
SCHEDULED FOR MONDAY, JANUARY 4, 2027, AT 8:00 A.M. FOR THE
JANUARY 18, 2027, TWO-WEEK TRIAL DOCKET.

DOCKET CALL WILL BE BY ZOOM VIDEO CONFERENCE.
You can use this link below and Meeting ID:
https://justex.zoom.us/j/89316818682
Meeting ID: 893 1681 8682
Dial by your location: +1 346 248 7799 US (Houston)

BE PREPARED TO DISCUSS STATUS OF CASE, CONTINUANCES, TRIAL DAYS
NEEDED, CONFLICTS, OR VACATION LETTERS ON FILE.
PARTIES MUST APPEAR FOR DOCKET CALL.

FAILURE TO APPEAR ON THIS DATE WILL RESULT IN A DISMISSAL
OF THE CASE.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE COORDINATOR, Erika Lopez,
at 832-927-2251.

DEDRA DAVIS

JUDGE, 270TH DISTRICT COURT

CASE - 202594490          FILED - 20251218        COURT - 270th
TYPE - OTHER INJURY OR DAMAGE
DAY, RYANN VS COSTCO WHOLESALE

24043651

JOSHUA ALLEN ESTES
716 S. UNION STREET
RICHMOND, TX 77469

Certified Document Number: 124705521 - Page 6 of 6

JCVG01



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124705521 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/20/2026 10:02 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110228148
By: Rosa Carrizales
Filed: 1/20/2026 10:02 AM

CAUSE NO. 202594490

<span style="color:red">COPY OF PLEADING PROVIDED BY PLT</span>

RECEIPT No: 1046417
TRACKING #: 74590871

| | |
|---|---|
| Plaintiff: DAY, RYANN | In The 270th<br>Judicial District Court of<br>Harris County, Texas |
| vs.<br>Defendant: COSTCO WHOLESALE | |
| | Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:  **MAVERICK FOODS LLC (GEORGIA LIMITED LIABILITY COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED AGENT WAYNE SAXE**
  3301 WINDY RIDGE PARKWAY SE SUITE 500
  ATLANTA GA 30339

  Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 18, 2025, in the above cited cause number and court.  The instrument attached describes the claim against you.

  **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on  December 23, 2025, under my hand and seal of said court.



Issued at the request of:
ESTES, JOSHUA ALLEN
716 S. UNION STREET
RICHMOND, TX  77469-0000
281-238-5400

Bar Number: 24043651

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: CHANDRA LAWSON

Certified Document Number: 124671980 - Page 1 of 2

Cause No. 2025-94490

| RYANN DAY | * | IN THE DISTRICT COURT |
|---|---|---|
| | * | |
| V. | * | HARRIS COUNTY, TEXAS |
| | * | |
| COSTCO WHOLESALE CORPORATION ET AL | * | 270TH JUDICIAL DISTRICT |

## RETURN OF SERVICE

STATE OF GEORGIA       *

COUNTY OF CHEROKEE       *

Before me, the undersigned authority, personally appeared Andrew Drake, who after being by me duly sworn, did depose and state:

My name is Andrew Drake. I am at least 18 years of age. I am competent to make this oath. I hereby certify that the facts contained herein are true and correct in every detail. I am neither a party to nor interested in the outcome of the above-captioned suit. I am a process server certified under Code Section 9-11-4.1 to execute summonses and other notices of the Court, and make due return thereof. My process server certification number is CPS504. My certification expires 11-13-27 .

Came to hand 29 December 2025 at 6:58 pm and executed on 30 December 2025 at 10;11 am at 3301 Windy Ridge Parkway SE, Suite 500, Atlanta, Georgia 30339, by delivering to MAVERICK FOODS LLC, defendant, by delivering to Wayne Saxe, registered agent, by delivering in person to Lilly lawson, employee, a true copy of Citation and Plaintiff's Original Petition, having first endorsed the date of delivery on the copy of the Citation.

To certify which witness my hand this 31 day December 202 5

**ANDREW DRAKE**
Process Server

Sworn to and subscribed before me this 31 day December 202 5.



Notary Public for the State of Georgia

FEE: $120.00
Taxable court cost advanced by plaintiff

Certified Document Number: 124671980 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124671980 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/20/2026 10:02 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110228148
By: Rosa Carrizales
Filed: 1/20/2026 10:02 AM

CAUSE NO. 202594490

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1046417
TRACKING #: 74590869

Plaintiff: DAY, RYANN

vs.

Defendant: COSTCO WHOLESALE

In The 270th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:    **GOLDBERGS GROUP LLC (GEORGIA LIMITED LIABILITY COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED AGENT WAYNE SAXE**
        3301 WINDY RIDGE PARKWAY SE SUITE 500
        ATLANTA GA 30339

        Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 12/18/2025 12:00:00 AM, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on December 23, 2025, under my hand and seal of said court.



Issued at the request of:
ESTES, JOSHUA ALLEN
716 S. UNION STREET
RICHMOND, TX  77469-0000
281-238-5400

Bar Number: 24043651

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: CHANDRA LAWSON

Cause No. 2025-94490

| RYANN DAY | * | IN THE DISTRICT COURT |
| | * | |
| V. | * | HARRIS COUNTY, TEXAS |
| | * | |
| COSTCO WHOLESALE CORPORATION ET AL | * | 270TH JUDICIAL DISTRICT |

<u>RETURN OF SERVICE</u>

| STATE OF GEORGIA | * |
| COUNTY OF CHEROKEE | * |

Before me, the undersigned authority, personally appeared Andrew Drake, who after being by me duly sworn, did depose and state:

My name is Andrew Drake. I am at least 18 years of age. I am competent to make this oath. I hereby certify that the facts contained herein are true and correct in every detail. I am neither a party to nor interested in the outcome of the above-captioned suit. I am a process server certified under Code Section 9-11-4.1 to execute summonses and other notices of the Court, and make due return thereof. My process server certification number is CPS504. My certification expires 11-13-27        .

Came to hand 29 December 2025 at 6:58 pm and executed on 30 December 2025 at 10;11 am at 3301 Windy Ridge Parkway SE, Suite 500, Atlanta, Georgia 30339, by delivering to GOLDBERGS GROUP, LLC, defendant, by delivering to Wayne Saxe, registered agent, by delivering in person to Lilly lawson, employee, a true copy of Citation and Plaintiff's Original Petition, having first endorsed the date of delivery on the copy of the Citation.

To certify which witness my hand this 31 day December        202 5 .

**ANDREW DRAKE**
Process Server

Sworn to and subscribed before me this 31 day December        2025 .

Notary Public for the State of Georgia

FEE: $120.00
Taxable court cost advanced by plaintiff

Certified Document Number: 124671981 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124671981 Total Pages:  2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/20/2026 10:02 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110228148
By: Rosa Carrizales
Filed: 1/20/2026 10:02 AM

CAUSE NO. 202594490

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 1046417  TR# 74590867

| | |
|---|---|
| Plaintiff: | In The 270th |
| DAY, RYANN | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| COSTCO WHOLESALE | Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   MAINLINE FOODS LLC (GEORGIA LIMITED LIABILITY COMPANY) MAY BE SERVED BY SERVING ITS
REGISTERED AGENT WAYNE SAXE
3301 WINDY RIDGE PARKWAY SE SUITE 500, ATLANTA GA 30339

      Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 18, 2025 in the above cited cause number and court.
The instrument attached describes the claim against you.

      YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

      This citation was issued on December 23, 2025, under my hand and seal of said court.

Issued at the request of:

ESTES, JOSHUA ALLEN
716 S. UNION STREET
RICHMOND, TX  77469-0000
281-238-5400
Bar Number: 24043651



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX 77210)

Generated By: CHANDRA LAWSON

Certified Document Number: 124671979 - Page 1 of 2

Cause No. 2025-94490

| RYANN DAY | * | IN THE DISTRICT COURT |
|---|---|---|
| | * | |
| V. | * | HARRIS COUNTY, TEXAS |
| | * | |
| COSTCO WHOLESALE CORPORATION ET AL | * | 270TH JUDICIAL DISTRICT |

<u>RETURN OF SERVICE</u>

STATE OF GEORGIA          *

COUNTY OF CHEROKEE        *

Before me, the undersigned authority, personally appeared Andrew Drake, who after being by me duly sworn, did depose and state:

My name is Andrew Drake. I am at least 18 years of age. I am competent to make this oath. I hereby certify that the facts contained herein are true and correct in every detail. I am neither a party to nor interested in the outcome of the above-captioned suit. I am a process server certified under Code Section 9-11-4.1 to execute summonses and other notices of the Court, and make due return thereof. My process server certification number is CPS504. My certification expires 11-13-27 .

Came to hand 29 December 2025 at 6:58 pm and executed on 30 December 2025 at 10;11 am at 3301 Windy Ridge Parkway SE, Suite 500, Atlanta, Georgia 30339, by delivering to MAINLINE FOODS, LLC, defendant, by delivering to Wayne Saxe, registered agent, by delivering in person to Lilly lawson, employee, a true copy of Citation and Plaintiff's Original Petition, having first endorsed the date of delivery on the copy of the Citation.

To certify which witness my hand this 31 day December 202 5

_____
**ANDREW DRAKE**
Process Server

Sworn to and subscribed before me this 31 day December 202 5 .



_____
Notary Public for the State of Georgia

FEE:  $120.00
Taxable court cost
advanced by plaintiff

Certified Document Number: 24671979 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124671979 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case No. 202594490                                                          **DCORX**

DAY, RYANN                                    *          IN THE DISTRICT COURT OF
vs.                                           *          HARRIS COUNTY, TEXAS
                                              *
COSTCO WHOLESALE                              *          270th JUDICIAL DISTRICT
                                              *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 10/19/2026**    **JOINDER**.   All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**              **EXPERT WITNESS DESIGNATION**.   Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**             Experts for parties seeking affirmative relief.
**(b)**             All other experts.

**3. 1/4/2027**     **MEDIATION.**   Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**              **DISCOVERY.**   Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**              **DISPOSITIVE MOTIONS.**   Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 11/18/2026**   No-evidence motions for summary judgment may only be heard after this date.
**(b) 12/18/2026**   All dispositive motions or pleas must be heard.

**6.**              **CHALLENGES TO EXPERT TESTIMONY**.   All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 12/18/2026**   **PLEADINGS**.   Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 1/4/2027**     **DOCKET CALL.**   Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 1/18/2027**    **TRIAL.**   This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED    Signed: 1/21/2026

MAINLINE FOODS LLC

5

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 1/21/2026**          JCVO02

Certified Document Number: 124718767 - Page 1 of 6

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 124718767 - Page 2 of 6

Case No. 202594490          **DCORX**

DAY, RYANN

vs.

COSTCO WHOLESALE

\*    IN THE DISTRICT COURT OF
\*
\*    HARRIS COUNTY, TEXAS
\*
\*    270th JUDICIAL DISTRICT
\*

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 10/19/2026**    **JOINDER.** All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**    **EXPERT WITNESS DESIGNATION.** Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**    Experts for parties seeking affirmative relief.
**(b)**    All other experts.

**3. 1/4/2027**    **MEDIATION.** Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**    **DISCOVERY.** Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.** Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 11/18/2026**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 12/18/2026**    All dispositive motions or pleas must be heard.

**6.**    **CHALLENGES TO EXPERT TESTIMONY.** All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 12/18/2026**    **PLEADINGS.** Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 1/4/2027**    **DOCKET CALL.** Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 1/18/2027**    **TRIAL.** This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED    Signed: 1/21/2026

Certified Document Number: 124718767 – Page 3 of 6

GOLDBERGS GROUP LLC

4

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 1/21/2026**    JCVO02

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 124718767 - Page 4 of 6

Case No. 202594490                                              **DCORX**

DAY, RYANN                              *          IN THE DISTRICT COURT OF
                                        *
vs.                                     *          HARRIS COUNTY, TEXAS
                                        *
COSTCO WHOLESALE                        *          270th JUDICIAL DISTRICT
                                        *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 10/19/2026**   **JOINDER**.   All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**              **EXPERT WITNESS DESIGNATION**.   Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**             Experts for parties seeking affirmative relief.
**(b)**             All other experts.

**3. 1/4/2027**     **MEDIATION.**   Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**              **DISCOVERY.**   Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**              **DISPOSITIVE MOTIONS.**   Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 11/18/2026**  No-evidence motions for summary judgment may only be heard after this date.
**(b) 12/18/2026**  All dispositive motions or pleas must be heard.

**6.**              **CHALLENGES TO EXPERT TESTIMONY**.   All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 12/18/2026**   **PLEADINGS**.   Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 1/4/2027**     **DOCKET CALL.**   Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 1/18/2027**    **TRIAL.**   This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED   Signed: 1/21/2026

Certified Document Number: 124718767 – Page 5 of 6

MAVERICK FOODS LLC

3

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 1/21/2026**          JCVO02

**Standing Order of the 270th District Court
Requiring Electronic Filing**

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 124718767 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124718767 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Case No. 202594490                                                **DCORX**

DAY, RYANN                                  *          IN THE DISTRICT COURT OF

vs.                                         *          HARRIS COUNTY, TEXAS

COSTCO WHOLESALE                            *          270th JUDICIAL DISTRICT
                                            *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 10/19/2026**    **JOINDER.**   All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.

**2.**    **EXPERT WITNESS DESIGNATION.**   Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**    Experts for parties seeking affirmative relief.
**(b)**    All other experts.

**3. 1/4/2027**    **MEDIATION.**   Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**    **DISCOVERY.**   Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.**   Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 11/18/2026**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 12/18/2026**    All dispositive motions or pleas must be heard.

**6.**    **CHALLENGES TO EXPERT TESTIMONY.**   All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 12/18/2026**    **PLEADINGS.**   Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 1/4/2027**    **DOCKET CALL.**   Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. Failure to appear will be grounds for dismissal for want of prosecution.

**9. 1/18/2027**    **TRIAL.**   This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED    Signed: 1/21/2026

RIZO-LOPEZ FOODSS INC

6

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 1/21/2026**          JCVO02

Certified Document Number: 124718653 - Page 1 of 6

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 124718653 - Page 2 of 6

Case No. 202594490                                                    **DCORX**

DAY, RYANN                        *        IN THE DISTRICT COURT OF

vs.                               *        HARRIS COUNTY, TEXAS
                                  *
COSTCO WHOLESALE                  *        270th JUDICIAL DISTRICT
                                  *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 10/19/2026**    **JOINDER.**  All parties must be added and served, whether by amendment or third-party practice. <u>The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.</u>

**2.**    **EXPERT WITNESS DESIGNATION.**  Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**    Experts for parties seeking affirmative relief.
**(b)**    All other experts.

**3. 1/4/2027**    **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**    **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**    **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 11/18/2026**    No-evidence motions for summary judgment may only be heard after this date.
**(b) 12/18/2026**    All dispositive motions or pleas must be heard.

**6.**    **CHALLENGES TO EXPERT TESTIMONY.**  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 12/18/2026**    **PLEADINGS.**  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 1/4/2027**    **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. <u>Failure to appear will be grounds for dismissal for want of prosecution.</u>

**9. 1/18/2027**    **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED    Signed: 1/21/2026

DAVID W. MEDACK
14100 SOUTHWEST FREEWAY SUITE 300          13892950
SUGAR LAND, TX 77478

**DEDRA DAVIS**
**JUDGE, 270TH DISTRICT COURT**
**Date Generated: 1/21/2026**                    JCVO02

Certified Document Number: 124718653 – Page 3 of 6

## Standing Order of the 270th District Court
## Requiring Electronic Filing

      After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 124718653 - Page 4 of 6

Case No. 202594490                                                    **DCORX**

DAY, RYANN                                        *        IN THE DISTRICT COURT OF
                                                  *
vs.                                               *        HARRIS COUNTY, TEXAS
                                                  *
COSTCO WHOLESALE                                  *        270th JUDICIAL DISTRICT
                                                  *

## SCHEDULING AND DOCKET CONTROL ORDER

The Court enters the following Order to control the schedule of this case. Unless otherwise specified, the following items must be completed by the dates listed below. If no date is listed, the item is governed by the Texas Rules of Civil Procedure.

**1. 10/19/2026**   **JOINDER**.  All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party.

**2.**   **EXPERT WITNESS DESIGNATION**.  Parties must designate expert witnesses and furnish the information set forth under Rule 195.5(a) as follows:

**(a)**   Experts for parties seeking affirmative relief.
**(b)**   All other experts.

**3. 1/4/2027**   **MEDIATION.**  Parties must complete mediation. The parties' failure to mediate will not be grounds for continuance of trial.

**4.**   **DISCOVERY.**  Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period.

**5.**   **DISPOSITIVE MOTIONS.**  Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows:

**(a) 11/18/2026**   No-evidence motions for summary judgment may only be heard after this date.
**(b) 12/18/2026**   All dispositive motions or pleas must be heard.

**6.**   **CHALLENGES TO EXPERT TESTIMONY**.  All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6.

**7. 12/18/2026**   **PLEADINGS**.  Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings.

**8. 1/4/2027**   **DOCKET CALL.**  Parties must be prepared to discuss all aspects of trial with the Court at TIME: 08:00 AM. Failure to appear will be grounds for dismissal for want of prosecution.

**9. 1/18/2027**   **TRIAL.**  This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset.

SIGNED     Signed: 1/21/2026

JOSHUA ALLEN ESTES                                        **DEDRA DAVIS**
716 S. UNION STREET                  24043651            **JUDGE, 270TH DISTRICT COURT**
RICHMOND, TX 77469                                        **Date Generated: 1/21/2026**          JCVO02

Certified Document Number: 124718653 - Page 5 of 6

## Standing Order of the 270th District Court
## Requiring Electronic Filing

After reviewing this file, the Court finds that this case is appropriate for electronic filing. Parties to this case are directed to file all papers allowed under the local rules, available at http://www.justex.net, electronically starting 45 days from the date of this order. If any party objects to this order, such objection should be set for hearing or submission within 30 days from the date of this order.

Certified Document Number: 124718653 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124718653 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/22/2026 11:45 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110351722
By: Marcella Wiles
Filed: 1/22/2026 11:45 AM

CAUSE NO. 2025-94490

| | | |
|---|---|---|
| RYANN DAY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS  COUNTY, TEXAS |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, MAVERICK | § | |
| FOODS LLC, GOLDBERGS | § | |
| GROUP LLC, AND RIZO-LOPEZ | § | |
| FOODS, INC. | § | |
| | § | |
| Defendant. | § | 270TH JUDICIAL  DISTRICT |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE RIZO-LOPEZ FOODS, INC. AS A RESPONSIBLE THIRD PARTY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Costco Wholesale Corporation (hereinafter referred to as "Defendant"), Defendant in the above-styled and numbered cause of action, and pursuant to Texas Practice & Remedies Code §§ 33.003(a)(4), 33.004(a), and 33.011(4), (6), files this its Unopposed Motion for Leave to Designate Rizo-Lopez Foods, Inc, as a Responsible Third Party and in support thereof, would show this Court as follows:

## I.    BACKGROUND

1.    This matter arises out of an alleged food poisoning incident associated with a Chipotle Chicken Rice Bowl product purchased by Plaintiff Ryann Day on or about February 5, 2024.  *See* Plaintiff's Original Petition, a true and correct copy of which is already on file with this Court.

Certified Document Number: 124726806 - Page 1 of 6

#6433528

2.      According to Plaintiff's Original Petition, she subsequently received a notice of voluntary Class I Recall of the product she purchased and consumed for possible listeria contamination.  *See* Plaintiff's Original Petition.

3.      According to this recall notice, the USDA-FSIS issued a voluntary Class I Recall of certain lots of the Chipotle Chicken & Rice Bowl "due to possible listeria contamination from the use of the FDA recalled **Rizo Lopez Foods** Queso Fresco Cheese used in the making of this product."

4.      This case currently does not have an active trial setting.

## II.      MOTION EVIDENCE

Exhibit A      -      Chipotle Chicken Bowl Maverick Queso Recall Notice

## III.      ARGUMENTS AND AUTHORITIES

5.      The designation of responsible third parties is governed by Chapter 33 of the Texas Civil Practice and Remedies Code.  A defendant in a tort claim may designate as a responsible third party "any person who is alleged to have caused or contributed to causing in any way the harm for which recovery of damages is sought, whether by negligent act or omission, by any defective or unreasonably dangerous product, or by other conduct or activity that violates an applicable legal standard, or by any combination of these."  TEX. CIV. PRAC. & REM. § 33.011(6).  A motion for leave to designate must be filed on or before the 60th day before the trial date unless the court finds good cause to allow the motion to be filed at a later date.  TEX. CIV. PRAC. & REM. § 33.004(a).  A court shall grant leave to designate the named person as a responsible third party unless another party files an objection to the motion for leave on or before the 15th day after the date the motion is served.  TEX. CIV. PRAC. & REM. § 33.004(f).

2

Certified Document Number: 124726806 - Page 2 of 6

6.      A defendant seeking to designate a responsible third party must plead sufficient facts concerning the alleged responsibility of the person to satisfy the pleading requirements of the Texas Rules of Civil Procedure. TEX. CIV. PRAC. & REM. § 33.004(g)(2). The standard for designating a potentially responsible third party is notice pleadings under the Texas Rules of Civil Procedure. *In re Greyhound Lines, Inc.*, No. 05-13-01646-CV, 2014 WL 1022329, at *2 (Tex. App.—Dallas Feb. 21, 2014, orig. proceeding) (mem. op.). Under Texas's notice pleading standards, the "fair notice" standard for pleading is satisfied if the opposing party can ascertain from the pleading the nature and basic issues of the controversy, and what type of evidence might be relevant. *Low v. Henry*, 221 S.W.3d 609, 612 (Tex. 2007).

7.      In this case, Plaintiff alleges that she sustained injuries and damages associated with the presence of *listeria* in the Chipotle Chicken Rice Bowl. *See* Plaintiff's Original Petition. According to the recall notice released by manufacturer Maverick Foods, the listeria contamination was due to the use of the FDA recalled Rizo Lopez Foods Queso Fresco Cheese used in the making of the Chipotle Chicken Rice Bowl. *See* Exhibit A. As a result, the Rizo Lopez Foods Queso Fresco Cheese was defective when it left the hands of Rizo-Lopez Foods, Inc. and the defect was a significant producing cause, or sole cause, of the Plaintiff's alleged injuries. As a result, Rizo-Lopez Foods, Inc. is responsible for Plaintiff's causes of actions as the source of Plaintiff's alleged injuries is the *listeria* contamination.

8.      This case does not currently have a trial date. As such, Defendant's Motion is timely, as it is filed more than 60 days before the current trial setting. Additionally, no party will suffer any prejudice as a result of allowing this designation to proceed.

3

#6433528

Certified Document Number: 124726806 - Page 3 of 6

## IV.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Costco Wholesale Corporation respectfully prays that its Unopposed Motion for Leave to Designate Rizo-Lopez Foods, Inc. as a Responsible Third Party be granted, that Rizo-Lopez Foods, Inc. be designated as a responsible third party, and for such other and further relief to which Defendant has shown itself to be justly entitled.

Respectfully submitted,

**BLUE WILLIAMS, LLC**

By: */s/ David W. Medack*
   David W. Medack
   State Bar No. 13892950
   Rhiannon K. Jajoo
   State Bar No. 24104008
   14100 Southwest Freeway, Suite 300
   Sugar Land, Texas 77478
   Telephone: (713) 772-6400
   Facsimile: (713) 772-6495
   dmedack@bluewilliams.com
   rjajoo@bluewilliams.com

**ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION**

Certified Document Number: 124726806 - Page 4 of 6

4

#6433528

## CERTIFICATE OF CONFERENCE

The undersigned has conferred via email with Joshua Estes, Plaintiff's counsel, and he is unopposed to this motion.

_/s/ David W. Medack_____
David W. Medack

## CERTIFICATE OF SERVICE

Pursuant to Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument was electronically served on all counsel of record, and/or email, and/or via facsimile transmission, and/or by certified mail, return receipt requested, on this the 22nd day of January 2026.

Joshua Estes
Texas Bar No. 24043651
The Estes Law Firm, P.C.
716 S. Union Street
Richmond, Texas 77469
(281) 238-5400 – Telephone
(281) 238-9965 – Facsimile
Email: JoshuaEstes@estespc.net

_/s/ David W. Medack_____
David W. Medack

5

#6433528

Certified Document Number: 124726806 - Page 5 of 6

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alyson Clark on behalf of David Medack
Bar No. 13892950
AClark@bluewilliams.com
Envelope ID: 110351722
Filing Code Description: Motion (No Fee)
Filing Description:
Status as of 1/22/2026 12:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John M.Canal | | jcanal@bluewilliams.com | 1/22/2026 11:45:11 AM | SENT |
| David W. Medack | | dmedack@bluewilliams.com | 1/22/2026 11:45:11 AM | SENT |
| Alyson Clark | | AClark@bluewilliams.com | 1/22/2026 11:45:11 AM | SENT |
| Rhiannon Jajoo | | rjajoo@bluewilliams.com | 1/22/2026 11:45:11 AM | SENT |
| Joshua Estes | | joshuaestes@estespc.net | 1/22/2026 11:45:11 AM | SENT |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124726806 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT A

Certified Document Number: 124726807 - Page 1 of 2



February 9, 2024

Dear Costco Member,

Costco records indicate that you, or one of your add-on members, have purchased Item #1704074 Maverick Foods Chipotle Chicken & Rice Bowl 4/10 oz between January 25, 2024, and February 8, 2024.



Maverick Foods along with the USDA-FSIS have issued a voluntary Class I Recall of CERTAIN LOTS of this item in an abundance of caution for consumer's safety, due to possible listeria contamination from the use of the FDA recalled Rizo Lopez Foods Queso Fresco Cheese used in the making of this product.

All products with a Best By date of the following are included in this recall:

| BEST BY: JAN 06 25 | BEST BY: JAN 09 25 | BEST BY: JAN 12 25 |
|---|---|---|
| BEST BY: JAN 07 25 | BEST BY: JAN 10 25 | |
| BEST BY: JAN 08 25 | BEST BY: JAN 11 25 | |

The Best By date can be found on the side of the package, as shown below. If you have any of this product remaining, **do not consume the product**. Please return the item to your local Costco for a full refund.



Please do not hesitate to contact the Maverick Foods Recall Coordinator at 404-465-1100, Monday – Friday 8:00 AM-5:00 PM EST.

We apologize for any inconvenience this voluntary product recall may cause.

Sincerely,

Dominique Mitial
V.P. of FSQA & Regulatory for Maverick Foods

Certified Document Number: 124726807 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124726807 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

1/22/2026 11:45:11 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 110351722
By: HENDERSON, MARCELLA L
Filed: 1/22/2026 11:45:11 AM

CAUSE NO. 2025-94490

| | | |
|---|---|---|
| RYANN DAY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS  COUNTY, TEXAS |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, MAVERICK | § | |
| FOODS LLC, GOLDBERGS | § | |
| GROUP LLC, AND RIZO-LOPEZ | § | |
| FOODS, INC. | § | |
| | § | |
| Defendant. | § | 270TH JUDICIAL  DISTRICT |

**ORDER GRANTING DEFENDANT COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE RIZO-LOPEZ FOODS, INC. AS A RESPONSIBLE THIRD PARTY**

ON THIS DAY came on to be heard Defendant Costco Wholesale Corporation's Unopposed Motion for Leave to Designate Rizo-Lopez Foods, Inc. as a Responsible Third Party.  After reviewing the Motion, the Court finds that Defendant's Motion is meritorious. It is therefore,

ORDERED, ADJUDGED, and DECREED that Defendant's Unopposed Motion for Leave to Designate Rizo-Lopez Foods, Inc. as a Responsible Third Party is in all things GRANTED.  It is further

ORDERED, ADJUDGED, and DECREED that Rizo-Lopez Foods, Inc. is hereby designated as a Responsible Third Party in the above-captioned lawsuit pursuant to Texas Civil Practice & Remedies Code § 33.004.

SIGNED this _____ day of _____, 2026.


_____
Judge Presiding

#6417379

Certified Document Number: 124726808 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 27, 2026

Certified Document Number:        124726808 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/22/2026 11:45:11 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 110351722
By: HENDERSON, MARCELLA L
Filed: 1/22/2026 11:45:11 AM

CAUSE NO. 2025-94490

| | | |
|---|---|---|
| RYANN DAY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS  COUNTY, TEXAS |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, MAVERICK | § | |
| FOODS LLC, GOLDBERGS | § | |
| GROUP LLC, AND RIZO-LOPEZ | § | |
| FOODS, INC. | § | |
| | § | |
| Defendant. | § | 270TH JUDICIAL  DISTRICT |

## ORDER GRANTING DEFENDANT COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE RIZO-LOPEZ FOODS, INC. AS A RESPONSIBLE THIRD PARTY

ON THIS DAY came on to be heard Defendant Costco Wholesale Corporation's Unopposed Motion for Leave to Designate Rizo-Lopez Foods, Inc. as a Responsible Third Party.  After reviewing the Motion, the Court finds that Defendant's Motion is meritorious. It is therefore,

ORDERED, ADJUDGED, and DECREED that Defendant's Unopposed Motion for Leave to Designate Rizo-Lopez Foods, Inc. as a Responsible Third Party is in all things GRANTED.  It is further

ORDERED, ADJUDGED, and DECREED that Rizo-Lopez Foods, Inc. is hereby designated as a Responsible Third Party in the above-captioned lawsuit pursuant to Texas Civil Practice & Remedies Code § 33.004.

SIGNED this _____ day of _____, 2026.

Signed:
1/22/2026
1:11 PM

_____
Judge Presiding

#6417379

Certified Document Number: 124756275 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 27, 2026

Certified Document Number:        124756275 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**Harris County Docket Sheet**

# 2025-94490

**COURT:**   270th

**FILED DATE:**   12/18/2025

**CASE TYPE:**   Other Injury or Damage



---

### DAY, RYANN

**Attorney: ESTES, JOSHUA ALLEN**

### vs.

### COSTCO WHOLESALE

**Attorney: MEDACK, DAVID W.**

---

| Trial Settings | |
|---|---|
| **Date** | **Comment** |
| 1/18/2027 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 1/15/2026 | 162P - NONSUIT/DISMISSAL, PARTIAL (RULE 162) |
| 1/21/2026 | DCORX - DOCKET CONTROL/PRETRIAL ORDER SIGNED |
| 1/21/2026 | DCORX - DOCKET CONTROL/PRETRIAL ORDER SIGNED |
| 1/22/2026 | LD3PX - ORDER SIGNED GRANTING LEAVE TO DESIGNATE RESPONSIBLE 3RD PARTY |
| 1/22/2026 | GRANTED at 1:11pm on 1/22, COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE RIZO-LOPEZ FOODS, INC. AS A RESPONSIBLE 3RD PARTY. <br><br> Judge Dedra Davis |